FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2010 JUL 22 PM 3:26

TIMOTHY M. O'BRIEN
CLERK
_____DEPUTY
KANSAS CITY, KS

# United States District Court
### DISTRICT OF KANSAS
### (Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NUMBER: 10-MJ-8143 JPO |
| SAMUEL P. LOGAN, ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about July 16, 2010, in the District of Kansas, and elsewhere, the defendant,

### SAMUEL P. LOGAN,

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, to attempt to knowingly persuade, induce, entice or coerce an individual who had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years in graphically sexual conversation in an attempt to convince her to engage in sexual activity, in violation of Title

1

18 United States Code Section 2422(b).

## COUNT 2

On or about July 2, 2010 in the District of Kansas, and elsewhere the defendant,

**SAMUEL P. LOGAN,**

did knowingly receive and distribute in interstate and foreign commerce by means of a computer visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, in that the defendant sent an image of a prepubescent girl being anally penetrated by an adult male penis to an undercover officer posing as a 14 year old girl, in violation of Title 18, United States Code, Section 2252(a)(2).

I further state that I am a Special Agent with the Federal Bureau of Investigations and that this complaint is based on the following facts:

See attached affidavit, which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:    **X** Yes    ☐ No

_Michael Daniels_
Michael Daniels
Special Agent
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 22, 2010          at  Kansas City, Kansas.
Date

Honorable Carlos Murguia
United States Judge
Name & Title of Judicial Officer             Signature of Judicial Officer

2

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Michael Daniels, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as follows:

1. I have been employed as a sworn officer with the FBI since February 2000, and am currently assigned to the FBI Cyber Crimes Task Force, Kansas City, Missouri. Since October 2002, I have been assigned to investigate computer crimes to include violations against children. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations. I have attended multiple trainings on the investigation of child pornography and sexual exploitation of children such as Innocent Images provided by the FBI.

2. The statements in this affidavit are based on information received from the Kansas Attorney General's Office SA Anthony Celeste and SA Danyle Smith; Johnson County, Kansas Detective Chris Evans; and Ulysses, Kansas Police Officer Julie Hart; and my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe evidence, fruits, and instrumentalities of the violation of Title 18, United States Code, Sections 2252, 2252A, 2422, and 1470 are presently located in the office and personal workspace of Samuel Logan at the law office of Foulston Siefkin LLP, 9 Corporate Woods, 9200 Indian Creek Parkway, Suite 450, Overland Park, Kansas.

3.   On May 28, 2010, SA Anthony Celeste, acting in an undercover capacity posing as a 14 year old female named "Stazie", entered a "Kansas" Yahoo chatroom. SA Celeste received an unsolicited private message from another Yahoo member, screen name "sambo5604." During the conversation, "sambo5604" indicated he was 45 years of age, was from Kansas City, was married, and had two minor children. He also stated he was working. "sambo5604" activated a webcam and allowed SA Celeste to view him as they chatted. On webcam, "sambo5604" exposed his penis and proceeded to masturbate and ejaculate. SA Celeste was also able to see several items in the office, including an office type chair and framed diplomas and certificates. "sambo5604" asked the minor female to rub her "clit." At the end of the conversation, "sambo5604" asked if the minor female knew how to clear the message archive.

4.   From June 1, 2010 to July 22, 2010, SA Celeste and "sambo5604" continued to engage in online conversations. Most of the conversations were sexual in nature. On 11 occasions, "sambo5604" activated his webcam allowing SA Celeste, posing as a minor female, to view him while they were chatting. On each of these occasions, "sambo5604" appeared to be in the same office as previously seen on May 28, 2010. During most of the webcam sessions, "sambo5604" exposed his penis and engaged in sexual activity. "sambo5604" encouraged SA Celeste, posing as a minor female, to masturbate. During this time, "sambo5604" sent approximately 32 pictures of pornography to SA Celeste, including two of which appeared to be child pornography. On two occasions, "sambo5604" engaged in sexually explicit conversations via texting on a cellular phone. On one occasion, "sambo5604" sent sexually explicit photographs of himself from his cellular phone to SA Celeste. A few of

2

the particular dates are described below:

    a.    On June 14, 2010, "sambo5604" stated he was chatting with SA Celeste from a hotel room in Indianapolis, Indiana. "sambo5604" activated his webcam and allowed SA Celeste to view him masturbating.

    b.    On June 15, 2010, "sambo5604" communicated via texting on a cellular phone while he was in an airport in Chicago, Illinois.

    c.    On Sunday, June 20, 2010, "sambo5604" said he was relaxing and watching golf. "sambo5604" sent SA Celeste sexually explicit photographs of himself. The photos were taken with a cellular phone in front of a mirror.

5.    On June 25, 2010, "sambo5604" provided SA Celeste with his cellular phone number (913) 744-0278. "sambo5604" indicated he would like to meet SA Celeste sometime.

6.    SA Celeste introduced "sambo5604" to SA Smith who was posing as a 14 year old female. From June 21, 2010 to July 4, 2010, SA Smith engaged in chat conversations with "sambo5604." On four occasions, "sambo5604" activated his webcam allowing SA Smith to view him while they were chatting. "sambo5604" exposed his penis on three of the occasions. "sambo5604" sent several pictures of pornography to SA Smith.

7.    On July 2, 2010, "sambo5604" sent SA Smith a photograph which appeared to be child pornography. The photograph is described as follows:

    a.    a prepubescent nude female is being anally penetrated by an adult male penis.

8.    From May 21, 2010 to July 11, 2010, Officer Hart, acting in an undercover

capacity posing as a 13 year old female, engaged in nine chat conversations with "sambo5604." He indicated he was a lawyer. During the conversations, "sambo5604" initiated sexually explicit discussions. "sambo5604" sent Officer Hart photographs of adult pornography, including ones of himself. He also showed himself via webcam to Officer Hart.

9. On July 16, 2010, "sambo5604" and SA Celeste engaged in a sexually explicit conversation during which time "sambo5604" stated "I want to make you cum, Stazie." "Sambo5604" further stated he wanted to make "Stazie" "feel so good," and that he was "getting hard now thinking about it."

10. All of Yahoo's servers are located outside the state of Missouri. Therefore, all communications through Yahoo have to travel interstate.

11. On June 15, 2010, SA Celeste served a subpoena on Yahoo for subscriber information pertaining to Yahoo user "sambo5604." On July 13, 2010, in response to the subpoena, Yahoo indicated the subscriber on the account is Samuel Logan, 7345 Wyoming Street, Kansas City, Missouri. Also included in the Yahoo response was IP address information.

12. During the conversations with the undercover agents, "sambo5604" identified himself as Sam from KC and that he was 45 years of age. He also indicated he was a lawyer in Overland Park, Kansas and works on the fourth floor. He said he drove a Toyota Camry.

13. On June 27, 2010, SA Celeste conducted a Google Internet search for attorneys in Johnson County. An individual named Samuel Logan was located. Background investigation indicated Logan is 45 years of age and drives a Toyota

4

Camry. Logan works at Foulston Siefkin LLP, 9 Corporate Woods, 9200 Indian Creek Parkway, Suite 450, Overland Park, Kansas. The law firm has a website with photographs of employees. Logan is listed as a partner. The photograph on the website appears to be the same individual as the one SA Celeste viewed on "sambo5604's" webcam.

_____
Special Agent Michael Daniels
Federal Bureau of Investigation

Sworn and subscribed before me
this 22 day of 2010

_____
HONORABLE CARLOS MURGUIA
UNITED STATES MAGISTRATE JUDGE